**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7521**

MARLON SUMMERVILLE,

             Plaintiff - Appellant,

        v.

C. W. SHIELDS, Police Officer,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:12-cv-01505-JCC-TRJ)

Submitted:  January 28, 2014      Decided:  February 11, 2014

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marlon Bradford Summerville, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Summerville, a Virginia state inmate, filed a 42 U.S.C. § 1983 (2006) complaint against Manassas City Police Department Officer C. W. Shields, asserting that Shields used constitutionally excessive force in effecting Summerville's arrest. Summerville appeals the district court's order granting summary judgment in favor of Shields. We affirm.

We review de novo a district court's grant of summary judgment, "viewing the facts and the reasonable inferences therefrom in the light most favorable to the nonmoving party." Bonds v. Leavitt, 629 F.3d 369, 380 (4th Cir. 2011). Our review of the record confirms that the district court properly granted summary judgment in Shields' favor, and we affirm for the reasons stated by the district court. See Summerville v. Shields, No. 1:12-cv-01505-JCC-TRJ (E.D. Va., Aug. 22, 2013).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED